RECEIVED
APR 10 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

02-210

RECEIVED APR 08 2008

March 25,2008

Your Honor Sir;

This is Tammi Broussard / Krogstad # 10526041. I am writing to you in regards of an early termination of my supervised release along with my accomplishments and changes I've made with my life.

Since may of 2001, I started with David Drake as a pre trial officer. That's when for the first time in my life I finally got my drivers license. I also successfully got my u.a's down to zero and stayed law abiding.

I then did a self surrender to Alderson , W.V. while I was there I completed parenting and drug education classes and went through a trauma workshop class without an incident report.

I then did a self surrender to Bryant, Texas and successfully completed the "Boot Camp" program . I also did more drug and parenting classes, I even received a certification for personal training and graduated from the boot camp program.

I then ended up at the Roseville V.O.A in Feb 05. Two weeks after arriving 2/15/05 I got my first job, I've even had. I completed my after care with Marla at the mens v.o.a on lake street in Minneapolis. I continued to keep clean u.a's . In October I started house arrest I continued to stay employed and clean u.a's . Now in Jan or Feb. of 06 I started my supervised release. In Jan 06 I got my daughter Karizzma back living with me and I now have a 5 month old beautiful daughter. I'm currently still employed and living at the same place.

The reason for asking for an early release of supervised probation . I've been making the best of the worst situation of my life. I'm ready for it to be all the way in the past. I'm focused, proud, drug free, and happy to be on the most positive productive path of my life. Lastly as silly as it sounds I'm blessed for surviving the situation , I'm thankful for my incarceration I would probably be dead with the life style I was living..... Its sad but true that it took a major tragedy to open my eyes to change me and my life all around. I'm now a productive positive person with inner happiness and peace, most importantly a law abiding good mother.

Thank you
Tammi Broussard/ Krogstad

Tammi Broussard

SCANNED
APR 10 2008
U.S. DISTRICT COURT MPLS