UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-210(2)(DSD/SRN)

United States of America.

Plaintiff,

v. **ORDER**

Tammi Lynn Krogstad,

Defendant.

This matter is before the court upon the letter request of defendant Tammi Krogstad Broussard for early termination of probation. Pursuant to 18 U.S.C. § 3564(c), following a consideration of the factors set forth at 18 U.S.C. § 3553(a), the court finds that early termination is warranted under the facts and circumstances of defendant's case. Therefore, **IT IS HEREBY ORDERED** that defendant's request for early termination of probation is granted and defendant Tammi Krogstad Broussard is hereby released from probation effective immediately.

Dated: April 10, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court